ACCEPTED
06-15-00072-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/1/2015 3:38:17 PM
DEBBIE AUTREY
CLERK

No. 06-15-00072-CV

IN THE SIXTH DISTRICT COURT OF APPEALS
AT TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/1/2015 3:38:17 PM
DEBBIE AUTREY
Clerk

HALEY BROWN,

*Petitioner/Appellant,*

v.

R.K. HALL CONSTRUCTION, LTD.,
RKH CAPITAL, LLC AND STACY LYON D/B/A
LYON BARRICADE & CONSTRUCTION.
*Respondents/Appellees.*

Appealed from the 62nd Judicial District Court,
Lamar County, Texas,
The Honorable Will Biard, Presiding

## NOTICE OF APPEARANCE ON BEHALF OF RESPONDENT/APPELLEE STACY LYON D/B/A LYON BARRICADE & CONSTRUCTION

The following counsel hereby make their appearance as counsel of record

for Respondent/Appellee Stacy Lyon d/b/a Lyon Barricade & Construction:

Greg K. Winslett (Lead Counsel)
Texas State Bar No. 21781900
Marcie L. Schout
Texas Bar No. 24027960
QUILLING, SELANDER, LOWNDS,
   WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas  75201.

1

Respectfully submitted,

_/s/ Greg K. Winslett_

Greg K. Winslett (Lead Counsel)
Texas State Bar No. 21781900
W. Edward Carlton
Texas State Bar No. 03820050
Marcie L. Schout
Texas State Bar No. 24027960
**QUILLING, SELANDER, LOWNDS,**
  **WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas  75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
gwinslett@qslwm.com
ecarlton@qslwm.com
mschout@qslwm.com

**ATTORNEYS FOR**
**RESPONDENT/APPELLEE STACY**
**LYON D/B/A LYON BARRICADE &**
**CONSTRUCTION**

## CERTIFICATE OF SERVICE

On October 1, 2015, I served a copy of the foregoing pleading by electronic service, upon the following:

Kevin W. Vice
Dale H. Henley
Mayo, Mendolia &Vice
5368 State Hwy. 276 West
Royse City, Texas 75189
kvice@mmvllp.com
dhenley@mmvllp.com

Blair Partlow
Fox Rothschild, LLP
Two Lincoln Tower
5420 LBJ Freeway, Suite 1200
Dallas, Texas 75240
bpartlow@foxrothschild.com

*/s/ Greg K. Winslett*

Greg K. Winslett / W. Edward Carlton